

Nicholas JANUARY v. Robt. H. SMITH
et al.

No. 2145.

Court of Appeal of Louisiana. First Circuit.

Oct. 3, 1940.

Argued before LE BLANC and OTT, JJ., and HERMANN MOYSE, Judge ad hoc.

Taylor, Porter & Brooks, of Baton Rouge, for appellant.

Durrett & Hardin, of Baton Rouge, for appellee.

HERMANN MOYSE, Judge ad hoc.

For the reasons assigned in the opinion this day handed down in the case of Cal Prevost v. Robert H. Smith et al., 197 So. 905, it is ordered that the judgment appealed from in this case be affirmed, appellant to pay all costs.

LE BLANC and OTT, JJ., concur in the decree.

DORE, J., not participating.

Lillie DELANEY v. Robt. H. SMITH et al.

No. 2146.

Court of Appeal of Louisiana. First Circuit.

Oct. 3, 1940.

Argued before LE BLANC and OTT, JJ., and HERMANN MOYSE, Judge ad hoc.

Taylor, Porter & Brooks, of Baton Rouge, for appellant.

Durrett & Hardin, of Baton Rouge, for appellee.

HERMANN MOYSE, Judge ad hoc.

For the reasons assigned in the opinion this day handed down in the case of Cal Prevost v. Robert H. Smith et al., 197 So. 905, it is ordered that the judgment appealed from in this case be affirmed, appellant to pay all costs.

LE BLANC and OTT, JJ., concur in the decree.

DORE, J., not participating.

Jessie CLARK v. Robt. H. SMITH et al.

No. 2147.

Court of Appeal of Louisiana. First Circuit.

Oct. 3, 1940.

Argued before LE BLANC and OTT, JJ., and HERMANN MOYSE, Judge ad hoc.

Taylor, Porter & Brooks, of Baton Rouge, for appellant.

Durrett & Hardin, of Baton Rouge, for appellee.

HERMANN MOYSE, Judge ad hoc.

For the reasons assigned in the opinion this day handed down in the case of Cal Prevost v. Robert H. Smith et al., 197 So. 905, it is ordered that the judgment in favor of the plaintiff be amended by reducing the amount of the award from the sum of $3,500 to $3,000 and that, as thus amended, it be affirmed. The judgment in favor of the Board of Administrators of the Charity Hospital of Louisiana at New Orleans is likewise affirmed. Appellant is to pay all costs.

LE BLANC and OTT, JJ., concur in the decree.

DORE, J., not participating.